Irvin Griffin, Appellee, v. Chicago-Rockford Motor
Express, Inc. et al., Appellants.

Gen No. 10,204.

opinion filed December 29, 1947;
released for publication January 16, 1948. Stanton E. Hyer, for appellant; Andrews, Essington & Barrick, for appellee; A. V. Essington and William H. Barrick, of counsel. Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full.